IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELISEO R. ROMERO<br>*Plaintiff,* | § § § | |
| VS. | § § | CIVIL NO. 5:24-cv-869-FB |
| BARBARA ANN MCGRATH AND<br>DHT LEASING, LLC<br>*Defendants.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Plaintiff, **Eliseo R. Romero** and Defendants, **Barbara Ann McGrath and DHT Leasing, LLC,** hereinafter collectively referred to as "the parties" and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the case with prejudice against **Barbara Ann McGrath and DHT Leasing, LLC.** In support of this Joint Stipulation of Dismissal, the parties, Plaintiff and Defendants, show that they have resolved all claims now existing between them, and seek to dismiss all claims which were, or could have been made in this action, with prejudice.

WHEREFORE, the parties stipulate that this case be dismissed with prejudice against **Barbara Ann McGrath and DHT Leasing, LLC.,** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. All costs will be paid by the party incurring the same.

Jointly stipulated on this 22 day of April 2025.

Respectfully submitted,

_____
David L. Treat
State Bar No. 20205300
DAVIS LAW FIRM
10500 Heritage Blvd. #102
San Antonio, TX 78216
Telephone: (210)444-4444
Facsimile: (210) 568-8419
davidt@davislaw.com
**ATTORNEY FOR PLAINTIFF,
ELISEO R. ROMERO**


_____
MARK A. COOPER
State Bar No. 24025752
RYAN D. VEREEN
State Bar No. 24136592
NAMAN HOWELL, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6352 (Cooper Direct)
Facsimile:   (210) 785-2934 (Cooper)
mcooper@namanhowell.com
rveereen@namanhowell.com
**ATTORNEYS FOR DEFENDANTS,
DHT LEASING, LLC AND
BARBARA ANN MCGRATH**